IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LIONEL DUANE BENNETT,<br><br>Defendant. | CR 18-48-BLG-SPW<br><br>ORDER |

Defendant moved, *pro se*, to early terminate his supervised release. (Doc. 39). The Government did not respond. In communications with the Court, Defendant's probation officer Michael Chism did not object to early termination. Chism noted that Defendant has been violation-free during his supervised release, maintained employment with a local construction company, and generally appears to have settled into a law-abiding life.

As such, pursuant to 18 U.S.C. § 3583(e)(1) and Fed. R. Crim. P. 32.1(c)(2), and good cause being shown,

IT IS HEREBY ORDERED that the Defendant's motion is GRANTED. Lionel Duane Bennett's supervised release is terminated as of the date of this Order.

The Clerk shall forthwith notify the parties and the U.S. Probation Office of the making of this Order.

DATED this 27th day of August, 2024.

_____
SUSAN P. WATTERS
United States District Judge